IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELL T. HENDRIX,

        Petitioner,                   No. CIV S-11-3399 CKD P

    vs.

CONNIE GIPSON,

        Defendant.             ORDER

_____/

        On December 19, 2011, petitioner filed an incomplete application to proceed in forma pauperis. By an order filed December 23, 2011, petitioner was ordered to file a new application to proceed in forma pauperis within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. On January 3, 2012, plaintiff filed a second application to proceed in forma pauperis. However, as with petitioner's first incomplete application, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official. See 28 U.S.C. § 1915(a)(2). Petitioner will be provided one final opportunity to submit a fully completed application to proceed in forma pauperis.

\\\\\

\\\\\

1

1          In accordance with the above, IT IS HEREBY ORDERED that:

2          1.  The Clerk of the Court shall provide petitioner with another copy of the in

3    forma pauperis application used by this court; and

4          2.  Petitioner shall submit, within thirty days from the date of this order, a fully

5    completed in forma pauperis application.  Petitioner's failure to comply with this order will result

6    in a recommendation that this action be dismissed without prejudice.

7     Dated: January 10, 2012

8
                                         _____
9                                         CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE
10

11

12
     2
13   hend3399.3C_2

14

15

16

17

18

19

20

21

22

23

24

25

26

2