IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELL T. HENDRIX,

    Petitioner,           No. 2:11-cv-3399 GEB CKD P

    vs.

CONNIE GIPSON,

    Respondent.           <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On August 28, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 28, 2012, are adopted in full;

2. Petitioner's July 11, 2012 motion to amend (Dkt. No. 21) is denied; and

3. This action shall proceed on the petition filed December 19, 2011.

Dated: September 28, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2