1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARCELL T. HENDRIX,

11             Petitioner,              No. 2:11-cv-3399 GEB CKD P

12        vs.

13   CONNIE GIPSON,

14             Respondent.              ORDER

15   _____/

16        Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed a

17   petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On August 22, 2012,

18   petitioner filed a motion to stay this action to exhaust an unexhausted claim in state court

19   pursuant to Rhines v. Weber, 544 U.S. 269, 277-279 (2005).  (Dkt. No. 29.)  The unexhausted

20   claim, as set forth in the proposed amended petition, alleges that the trial judge in petitioner's

21   criminal case should have been "removed due to receiving illegal benefits."  (Dkt. No. 22 at 4.)

22   Respondent has filed an amended opposition to petitioner's Rhines motion.  (Dkt. No. 32.)

23        Under Rhines, the court may stay a mixed petition containing both exhausted and

24   unexhausted claims pending exhaustion of the unexhausted claims if petitioner shows that (1) the

25   unexhausted claims are potentially meritorious; and (2) petitioner had good cause for his earlier

26   failure to exhaust state remedies.  Here, the court need not reach the good cause requirement

1

1  because petitioner has failed to show that his unexhausted claim is potentially meritorious.  For

2  the reasons set forth in its August 28, 2012 findings and recommendations, which were adopted

3  by the district court on September 28, 2012, the court concludes that this claim lacks potential

4  merit.  (Dkt. No. 30 at 3; Dkt. No. 33.)

5           Accordingly, IT IS HEREBY ORDERED THAT petitioner's motion to stay (Dkt.

6  No. 29) is denied.

7   Dated: October 2, 2012

8                                                    _____

9                                                    CAROLYN K. DELANEY
                                                     UNITED STATES MAGISTRATE JUDGE
10

11

12  2
    hend3399.stay

13

14

15

16

17

18

19

20

21

22

23

24

25

26