UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELL T. HENDRIX, | No. 2:11-cv-3399 TLN CKD P |
| Petitioner, | |
| v. | ORDER |
| CONNIE GIPSON, | |
| Respondent. | |

This petition for writ of habeas corpus was dismissed on May 16, 2013.  Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: July 3, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/kly
hend3399.158